```
                                        U.S. DISTRICT COURT
                                         DISTRICT OF N.H.
                                             FILED
```

2005 JUL 28 P 4: 23

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Warren Picard

　　v.                              Civil No. 05-fp-234

Hillsborough County Department
of Corrections, et al.


### ORDER GRANTING REQUEST TO
### PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-234-PB.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　James R. Muirhead
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Date: July 28, 2005

cc:　Warren Picard, *pro se*