```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

<u>Warren Picard</u>

    v.                              Case No. 05-cv-234-PB

<u>Hillsborough Department of Corrections</u>

_____


    Ruling: I recuse myself from this case and direct that it be assigned immediately to another judge.


Date:  August 22, 2005

cc:  Warren Picard, Pro se