UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Warren Picard


        v.                                Case No. 05-cv-234-SM

Hillsborough County Department
of Corrections, et al.


O R D E R
_____


I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated October 21, 2005, no objection having been filed.   Plaintiff's

Eighth Amendment excessive force claim against Defendant Richards (Count II)

and First Amendment retaliation claims against Defendants Raymond and

Richards (Counts II and III) will proceed.  All other remaining claims are hereby

dismissed.

     SO ORDERED.


November  18, 2005                              _____
                                         Steven J. McAuliffe
                                         Chief Judge


cc:    Warren Picard, pro se
       Carolyn M. Kirby, Esq.